GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 APR -5 A 11: 08

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

Southern District of Georgia
Augusta Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Davon Randy Jones | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:     1:13CR00246-1<br><br>USM Number:    18659-021<br><br>Kenneth D. Crowder<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory conditions of the term of supervision (Violations 2 and 3 of the Revised Petition for Warrant or Summons for Offender Under Supervision, which was filed on August 31, 2020).

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | September 24, 2019 |
| 3 | The defendant committed another federal, state, or local crime (mandatory condition). | July 2, 2020 |

The defendant is sentenced as provided on page _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 6245

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:

Augusta, Georgia

*April 1, 2021*
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Name and Title of Judge

4/5/2021
Date

GAS 245D          (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 2

DEFENDANT:          Davon Randy Jones
CASE NUMBER:        1:20CR00058-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of: <u>24 months, with no supervision to follow. The 24 months is to be served consecutively to the 60-month term imposed in</u>
<u>United States District Court for the Southern of Georgia, Docket Number 1:20CR00058-002.</u>

☒    The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be designated to a Bureau of Prisons facility in Edgefield, South Carolina, or in the alternative, Estill, South Carolina, or in the alternative Jesup, Georgia; subject to capacity or any other regulation affecting such a designation. It is recommended that the defendant be housed separately from his co-defendant, Fernandez Moment.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____  ☐    a.m.  ☐    p.m.  on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL